IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

HOLLEY M. JONES,                      *
                                      *
        Plaintiff,                    *
                                      *
        v.                            *        CV 124-136
                                      *
CAROLYN COLVIN, Acting                *
Commissioner of Social                *
Security Administration, et           *
al.,                                  *
                                      *
        Defendants.                   *
                                      *

———————

**O R D E R**

———————

Before the Court is the Acting Commissioner of Social Security's ("Commissioner") consent motion for entry of judgment with reversal and remand. (Doc. 11.) The Commissioner moves the Court to reverse and remand this case pursuant to the fourth sentence of 42 U.S.C. § 405(g). (Id. at 1-2.) Under that sentence, the Court has the "power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). The Commissioner represents, on remand, the case will be subject to further consideration and administrative action. (Doc. 11, at 2.) The Commissioner also represents Plaintiff does not oppose the motion. (Id. at 1.)

1

Upon due consideration, pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's motion is **GRANTED**. The Commissioner's decision is **REVERSED**, and this action is **REMANDED** for further proceedings. The Clerk is **DIRECTED** to **ENTER JUDGMENT** in favor of Plaintiff, **TERMINATE** all pending motions and deadlines, if any, **REMAND** this action to the Commissioner for further proceedings, and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 24th day of January, 2025.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA