AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

HOLLEY M. JONES,

        Plaintiff,

CAROLYN COLVIN, Acting Commissioner of Social Security Administration, et al.,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 124-136

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's January 24, 2025 Order, and pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's consent motion for remand is granted and judgment is entered in favor of the Plaintiff. The Commissioner's decision is reversed, and this action is remanded for further proceedings. This case stands closed.

1/24/2025
Date



John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020